

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

November 16, 2007

Michael W. Dobbins, Clerk
USDC for the Northern District of Illinois
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**Re: MDL No. 1880 ---In Re: PAPST LICENSING DIGITAL CAMERA PATENT LITIGATION**

Papst Licensing GmbH & Co. KG v. Fujifilm Corp., et al.
    Your Case Number: C.A. No. 1:07-3401    Our Case Number: CA No. 1-07-2087

Dear Clerk of Court:

Enclosed please find a certified copy of the Transfer Order of the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. 1407 transferring the above case to the United States District Court for the District of Columbia.

At your earliest convenience, please forward the case files and docket sheets as PDF documents attached to an email addressed to:**katherine_Snuffer@dcd.uscurts.gov Please make reference to our new case number in your transmittal letter.**

Sincerely,

Katherine Snuffer, Deputy Clerk
(202) 354-3183

Enclosures

cc: Judge Collyer
    Judicial Panel on Multidistrict Litigation